## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-1635-GW(VBKx) | | Date | May 8, 2008 |
|---|---|---|---|---|
| Title | Waymon Tripp v. Indymac Financial, Inc., et al. | | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John J. Gross | Michael C. Tu |
| Andrew W. Friedman | Teodora Manolova |
| Frederick Gerkins | Daniel J. Tyukody, Jr. |

**PROCEEDINGS:**      **DEFENDANTS' MOTION TO STRIKE PARAGRAPHS 85 AND 189-214 OF PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT (filed 02/19/08); DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT (filed 02/19/08); and PLAINTIFFS' MOTION TO STRIKE DECLARATION OF TEODORA E. MANOLOVA IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT (filed 03/20/08)**

Hearings are held.  Court confers with counsel.

For the reasons stated on the record, Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint is **granted with leave to amend.**  Defendants' Motion to Strike Paragraphs 85 and 189-214 of Plaintiffs' Second Amended Class Action Complaint and Plaintiffs' Motion to Strike Declaration of Teodora E. Manolova in Support of Motion to Dismiss Plaintiff's Second Amended Class Action Complaint, are deemed **moot.**

Plaintiff shall file a First Amended Complaint by no later than June 6, 2008.

A Status Conference is set for **June 19, 2008 at 8:30 a.m.**

IT IS SO ORDERED.

|  | : | 20 |
|---|---|---|
| Initials of Preparer | JG | |