DAVID B. BAYLESS (SBN 189235)
Email: dbayless@cov.com
TAMMY ALBARRÁN (SBN 215605)
Email: talbarran@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendant Michael W. Perry

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| WAYMAN TRIPP and SVEN MOSSBERG, Individually and on Behalf of all Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>INDYMAC BANCORP, INC. and MICHAEL W. PERRY,<br><br>    Defendants. | Case No.: CV-07-1635 GW (VBKx)<br><br>**APPENDIX OF NON-PUBLISHED CASES AND OTHER AUTHORITIES CITED IN DEFENDANT MICHAEL W. PERRY'S JULY 6, 2009 FILING**<br><br>Date: August 3, 2009<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu<br>Location: Courtroom 10<br>Spring Street Courthouse |

# **APPENDIX**

**Cases**                                                                                                          **TAB**

*In re Applied Signal Tech. Inc. Securities Litigation*,
    No. C-05-1027- SBA, 2006 WL 1050174 (N.D. Cal. 2006) ..............................1

*In re Dot Hill Systems Securities Litigation*,
    No. 06-CV-228 JLS (WMc), 2009 WL 734296
    (S.D. Cal. Mar. 18 2009) .......................................................................................2

*In re Downey Securities Litigation*,
    No. CV-08-3261-JFW (RZx), 2009 WL 736802
    (C.D. Cal. Mar. 18 2009).......................................................................................3

*In re Shoretel, Inc., Securities Litigation,*
    No. C 08-00271 CRB, 2009 WL 248326 (N.D. Cal. Feb. 2, 2009).....................4

*In re Versant Object Tech. Corp. Sec. Litig.*,
    No. C-98-00299-CW, 2000 WL 33960105 (N.D. Cal. 2000)............................5

**Other Authorities**

Kimberly Amadeo, *Inverted Yield Curve*
    *available* at
    http://useconomy.about.com/od/glossary/g/Inverted_yield.htm..........................6

Chris Isidore, *Liars Loans: Mortgage Woes Beyond Subprime* CNN,
    Mar. 19, 2007, *available* at
    http://money.cnn.com/2007/03/19/news/economy/next_subprime/index.
    htm ........................................................................................................................7

*How the Takeover of Fannie Mae and Freddie Mac Will Fuel New Credit
    Crisis Litigation*, 14 No. 26 Andrews Derivative Litig. Rep., Nov. 1,
    2008 WL 4831717 ................................................................................................8

Monetary Policy and Open Market Operations, Fed. Reserve Bd.,
    http://www.federalreserve.gov/fomc/fundsrate.htm (last visited Jun. 28,
    2009)......................................................................................................................9

Eamonn K. Moran, *Wall Street Meets Main Street: Understanding the
    Financial Crisis,* 13 N.C. Banking Inst. 5 (2009).............................................. 10

Richard A. Posner, *A Failure of Capitalism: Reply to Alan Greenspan*
  May 22, 2009, *available* at
  http://correspondents.theatlantic.com/richard_posner/2009/05/a_failure_
  of_capitalism_reply_to_alan_greenspan.php. ...................................................... 11