## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV07-1635-GW(VBKx) | Date | September 24, 2009 |
| Title | *Waymon Tripp v. Indymac Financial, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Walter Ledge and Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Christopher Nelson (via teleconference)
Ramzi Abadou (via teleconference)
Lionel Z. Glancy (via teleconference)
Andy Sohrn (present & via teleconference)

Attorneys Present for Defendants:

David B. Bayless (via teleconference)
Tammy Albarran (via teleconference)

**PROCEEDINGS:** STATUS CONFERENCE RE:

**DEFENDANT MICHAEL W. PERRY'S MOTION TO STRIKE PARAGRAPHS 82 - 113 AND 141 FROM PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT (filed 07/06/09)**

**DEFENDANT MICHAEL W. PERRY'S MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT (filed 07/06/09)**

Hearing is held. Court and counsel confer.

For reasons indicated on the record, Defendant Michael W. Perry's Motion to Dismiss Plaintiffs' Fourth Amended Class Action Complaint is **GRANTED with leave to amend**, therefore making Defendant Michael W. Perry's Motion to Strike Paragraphs 82 - 113 and 141 from Plaintiffs' Fourth Amended Class Action Complaint **moot**.

The Court sets the following schedule:

| | |
|---|---|
| Amended Complaint | October 5, 2009 |
| Answer or Motion to Dismiss (not to exceed 20 pages) | October 26, 2009 |
| Opposition to Motion | November 16, 2009 |
| Reply to Motion | November 30, 2009 |
| Status Conference or Hearing on Motion to Dismiss | December 10, 2009 at 8:30 a.m. |

IT IS SO ORDERED.

1 : 07

Initials of Preparer  AK