DAVID B. BAYLESS (SBN 189235)
E-mail:  dbayless@cov.com
TAMMY ALBARRÁN (SBN 215605)
E-mail:  talbarran@cov.com
PAUL WATKINS (SBN 244974)
E-mail:  pwatkins@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:  415-591-6000
Facsimile:  415-591-6091

Attorneys for Defendant Michael W. Perry

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WAYMAN TRIPP and SVEN MOSSBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC BANCORP, INC., and MICHAEL W. PERRY,<br><br>Defendants. | Case No.: 2:07-cv-1635-GW-VBK<br><br>**DECLARATION OF TAMMY ALBARRÁN IN SUPPORT OF DEFENDANT MICHAEL W. PERRY'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT**<br><br>Date:          December 10, 2009<br>Time:          8:30 a.m.<br>Judge:        Hon. George H. Wu<br>                    Courtroom 10<br>                    Spring Street Courthouse |

I, TAMMY ALBARRÁN, hereby declare:

1. I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court. I am an attorney in the San Francisco office of Covington & Burling LLP, which is counsel of record for Defendant Michael W. Perry in this case. I submit this Declaration in Support of Defendant Perry's Motion to Dismiss Plaintiffs' Fifth Amended Class Action Complaint ("5AC"). I make this Declaration based on personal knowledge, except where otherwise indicated.

2. This Declaration authenticates 39 exhibits, which are listed below and organized into the following categories: (1) documents filed with the United States Securities and Exchange Commission ("SEC"); (2) transcripts of earnings conference calls; (3) analyst reports; (4) news articles, internal IndyMac documents, investor presentations, and third-party reports and statements; (5) a report by the Department of Treasury's Office of Inspector General; and (6) hearing transcripts in this matter. If called as a witness, I would testify to the facts listed below.

## I.   DOCUMENTS FILED WITH THE SEC

3. Attached hereto as **Exhibit 1** is a true and correct copy of a press release, entitled "IndyMac Announces FY 2005 EPS of $4.54, up 34% and Fourth Quarter EPS of $1.09, up 20%," and presentation, entitled "IndyMac Bancorp, Inc." 2005 Earnings Review," on Form 8-K, as filed with the SEC on January 26, 2006.

4. Attached hereto as **Exhibit 2** is a true and correct copy of IndyMac Bancorp's annual report for fiscal year ended December 31, 2005, on Form 10-K, as filed with the SEC on March 16, 2006. This document is cited in 5AC paragraphs 28, 117-18, 121, 200, and 201.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a press release, entitled "IndyMac Bancorp Quarterly EPS of $1.18, up 20%," and a presentation, entitled "IndyMac Bancorp, Inc. First Quarter Earnings Review and Annual Shareholders' Meeting," on Form 8-K, filed with the SEC on April 25, 2006.

6. Attached hereto as **Exhibit 4** is a true and correct copy of IndyMac Bancorp's quarterly report for quarter ended March 31, 2006, on Form 10-Q, filed with the SEC on April 25, 2006. This document is cited in 5AC paragraphs 28, 124-25, 134, 154, and 200.

7. Attached hereto as **Exhibit 5** is a true and correct copy of IndyMac Bancorp's quarterly report for quarter ended June 30, 2006, on Form 10-Q, filed with the SEC on July 27, 2006. This document is cited in 5AC paragraphs 28, 132-134, and 200.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a press release, entitled "IndyMac Bancorp Announces Record Quarterly EPS of $1.49, Up 20%," and a presentation, entitled "IndyMac Bancorp, Inc. Second Quarter Earnings Review," on Form 8-K, filed July 27, 2006.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a presentation, entitled "IndyMac Bancorp, Inc. Corporate Update," on Form 8-K, filed September 13, 2006. This document is cited in 5AC paragraphs 135-147.

10. Attached hereto as **Exhibit 8** is a true and correct copy of IndyMac Bancorp's quarterly report for quarter ended September 30, 2006, on Form 10-Q, filed with the SEC on November 2, 2006. This document is cited in 5AC paragraphs 28, 152-154, and 200.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a press release, entitled "IndyMac Bancorp Announces Third Quarter EPS of $1.19, Up 3%," and a presentation, entitled "IndyMac Bancorp, Inc. Third Quarter

DECLARATION OF TAMMY ALBARRÁN IN SUPPORT OF DEFENDANT MICHAEL W. PERRY'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT
Case No.: 2:07-cv-1635-GW-VBK

3

Earnings Review," on Form 8-K, filed with the SEC on November 2, 2006. This document is cited in 5AC paragraphs 155-56.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a press release, entitled "IndyMac Provides Update on 2006 Results," on Form 8-K, filed with the SEC on January 16, 2007. This document is cited in 5AC paragraphs 12, and 165-167.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a press release, entitled "IndyMac Bancorp Announces Fourth Quarter EPS of $0.97, Down 8%," and a presentation, entitled "IndyMac Bancorp, Inc. Fourth Quarter Earnings Review," on Form 8-K, filed with the SEC on January 25, 2007. This document is cited in 5AC paragraphs 14, and 174-77.

14. Attached hereto as **Exhibit 12** is a true and correct copy of IndyMac Bancorp's annual report for fiscal year ended December 31, 2006, on Form 10-K, as filed with the SEC on March 1, 2007. This document is cited in 5AC paragraph 34.

15. Attached hereto as **Exhibit 13** is a true and copy of a press release, entitled "IndyMac Issues 2006 Annual Shareholder Letter, Updating 2007 Forecast," on Form 8-K, as filed with the SEC on March 1, 2007. This document is cited in 5AC paragraph 34, and 191-92.

16. Attached hereto as **Exhibit 14** is a true and correct of a press release, entitled "IndyMac Provides Update," on Form 8-K, as filed with the SEC on March 15, 2007. This document is cited in 5AC paragraph 182.

17. Attached hereto as **Exhibit 15** is a true and correct copy of IndyMac's Schedule 14A Definitive Proxy Statement, as filed with the SEC on March 23, 2007. This document is cited in 5AC paragraphs 43 and 206.

18. Attached hereto as **Exhibit 16** is a press release, entitled "IndyMac Bancorp Announces First Quarter Earnings," and presentation, entitled

DECLARATION OF TAMMY ALBARRÁN IN SUPPORT OF
DEFENDANT MICHAEL W. PERRY'S MOTION TO
DISMISS PLAINTIFFS' FIFTH AMENDED CLASS ACTION
COMPLAINT
Case No.: 2:07-cv-1635-GW-VBK

4

1  "IndyMac Bancorp, Inc. First Quarter Earnings Review," on Form 8-K, as filed
2  with the SEC on April 26, 2007.  This document is cited in 5AC paragraph 183.
3           19.   Attached hereto as **Exhibit 17** is a true and correct copy of
4  IndyMac Bancorp's quarterly report for quarter ended June 30, 2007, on Form 10-
5  Q, filed with the SEC on July 31, 2007.

## II.   TRANSCRIPTS OF EARNINGS CONFERENCE CALLS

          20.   Attached hereto as **Exhibit 18** is a true and correct copy of a transcript, entitled "Q1 2006 IndyMac Bancorp, Inc. Earnings Conference Call - Final," from Fair Disclosure Wire, dated April 25, 2006.  This document is cited in 5AC paragraphs 72, and 129-131.

          21.   Attached hereto as **Exhibit 19** is a true and correct copy of a transcript, entitled "Q3 2006 IndyMac Bancorp, Inc. Earnings Conference Call - Final," from Fair Disclosure Wire, dated November 2, 2006.  This document is cited in 5AC paragraphs 66, and 155-159.

          22.   Attached hereto as **Exhibit 20** is a true and correct copy of a transcript, entitled "Q4 2006 IndyMac Bancorp, Inc. Earnings Conference Call - Final," from Fair Disclosure Wire, dated January 25, 2007.  This document is cited in 5AC paragraphs 16-17, 180-81, and 183.

## III.  ANALYST REPORTS

          23.   Attached hereto as **Exhibit 21** is a true and correct copy of an analyst report by Fox-Pitt Kelton, dated January 17, 2007.  This document is cited in 5AC paragraph 170.

          24.   Attached hereto as **Exhibit 22** is a true and correct copy of an analyst report by Keefe, Bruyette & Woods, dated January 17, 2007.  This document is cited in 5AC paragraphs 168-69.

DECLARATION OF TAMMY ALBARRÁN IN SUPPORT OF DEFENDANT MICHAEL W. PERRY'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT
Case No.: 2:07-cv-1635-GW-VBK

5

25. Attached hereto as **Exhibit 23** is a true and correct copy of an analyst report by Roth Capital Partners, dated January 22, 2007. This document is cited in 5AC paragraph 172.

26. Attached hereto as **Exhibit 24** is a true and correct copy of an analyst report by Lehman Brothers, dated January 26, 2007. This document is cited in 5AC paragraph 190.

27. Attached hereto as **Exhibit 25** is a true and correct copy of an analyst report by Fox-Pitt, Kelton, dated March 1, 2007.

28. Attached hereto as **Exhibit 26** is a true and correct copy of an analyst report by RBC Capital Markets, dated March 2, 2007.

29. Attached hereto as **Exhibit 27** is a true and correct copy of an analyst report by Credit Suisse, dated March 12, 2007. This document is cited in 5AC paragraph 3.

### IV. NEWS ARTICLES, INTERNAL INDYMAC DOCUMENTS, INVESTOR PRESENTATIONS, AND THIRD PARTY REPORTS AND STATEMENTS

30. Attached hereto as **Exhibit 28** is a true and correct copy of the Sixth Annual Case Report to Mortgage Bankers Association, dated June 14, 2004. This document is cited in 5AC paragraph 87.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a transcript, entitled "Testimony Before the United States House of Representatives Subcommittee on Housing and Community Opportunity by William Matthews," dated October 7, 2004. This document is cited in 5AC paragraph 87.

32. Attached hereto as **Exhibit 30** is a true and correct copy of the Eighth Periodic Mortgage Fraud Case Report to Mortgage Bankers Association, dated April 2006. This document is cited in 5AC paragraph 66.

DECLARATION OF TAMMY ALBARRÁN IN SUPPORT OF DEFENDANT MICHAEL W. PERRY'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT
Case No.: 2:07-cv-1635-GW-VBK
6

33.     Attached hereto as **Exhibit 31** is a true and correct copy of an article written by Kenneth R. Harney, entitled "Piggybacking Onto Trouble," dated July 8, 2006.  This document is cited in 5AC paragraph 93.

34.     Attached hereto as **Exhibit 32** is a true and correct copy of an article written by Lon Witter, entitled "The No-Money-Down Disaster," dated August 21, 2006.  This document is cited in 5AC paragraph 5.

35.     Attached hereto as **Exhibit 33** is a true and correct copy of a transcript, entitled "IndyMac Bancorp, Inc. at RBC Financial Institutions Conference," from Fair Disclosure Wire, dated September 21, 2006.  This document is cited in 5AC paragraphs 148-151.

36.     Attached hereto as **Exhibit 34** is a true and correct copy of an internal IndyMac document entitled, "IndyMac Bank: NonPrime Program Matrix," dated November 3, 2006.  This document is cited in 5AC paragraph 158.

37.     Attached hereto as **Exhibit 35** is a true and correct copy of a presentation, entitled "IndyMac Bancorp, Inc: UBS Global Financial Services," dated May 15, 2007.  This document is cited in 5AC paragraph 184.

38.     Attached hereto as **Exhibit 36** is a true and correct copy of a presentation, entitled "IndyMac Bank: Here We Grow."  This document is cited in 5AC paragraphs 131 and 138.

## V.    REPORT BY THE DEPARTMENT OF TREASURY'S OFFICE OF INSPECTOR GENERAL

39.     Attached hereto as **Exhibit 37** is a true and correct copy of an audit report written by the Department of Treasury's Office of Inspector General, entitled "Safety and Soundness: Material Loss Review of IndyMac Bank, FSB," dated February 26, 2009.  This document is cited in 5AC paragraphs 15, 21, 36-42, 83, and 194-98.

## VI. HEARING TRANSCRIPTS

40. Attached hereto as **Exhibit 38** is a true and correct copy of the Reporter's Transcript of Proceedings, dated May 11, 2009.

41. Attached hereto as **Exhibit 39** is a true and correct copy of the Reporter's Transcript of Proceedings, dated September 24, 2009.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on October 26, 2009.

Respectfully submitted,

COVINGTON & BURLING LLP

By: */s/ Tammy Albarrán*
      Tammy Albarrán

Attorneys for Defendant Michael W. Perry

DECLARATION OF TAMMY ALBARRÁN IN SUPPORT OF DEFENDANT MICHAEL W. PERRY'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT
Case No.: 2:07-cv-1635-GW-VBK

8