1   DAVID B. BAYLESS (SBN 189235)
    Email: dbayless@cov.com
2   TAMMY ALBARRÁN (SBN 215605)
    Email: talbarran@cov.com
3   PAUL WATKINS (SBN 244974)
    E-mail: pwatkins@cov.com
4   COVINGTON & BURLING LLP
5   One Front Street
    San Francisco, CA 94111
6   Telephone: 415-591-6000
    Facsimile: 415-591-6091
7
8   Attorneys for Defendant Michael W. Perry

9

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                    WESTERN DIVISION

13

| | |
|---|---|
| 14  WAYMAN TRIPP and SVEN MOSSBERG, Individually and on Behalf of all Others Similarly Situated, | Case No.: CV-07-1635 GW (VBKx) |
| 15 | **APPENDIX OF NON-PUBLISHED CASES CITED IN DEFENDANT MICHAEL W. PERRY'S OCTOBER 26, 2009 FILING** |
| 16 | |
| 17        Plaintiffs, | |
| 18        v. | Date:      December 10, 2009 |
| 19  INDYMAC BANCORP, INC. and MICHAEL W. PERRY, | Time:      8:30 a.m. |
| 20        Defendants. | Judge:     Hon. George H. Wu |
| 21 | Location:  Courtroom 10 Spring Street Courthouse |

22

23

24

25

26

27

28

# APPENDIX

**CASES**                                                                                            **TAB**

*Garber v. Legg Mason, Inc.,*
  No. 08-1831-cv, 2009 WL 3109914 (2d Cir. Sept. 30, 2009) ............................ 1

*In re Dot Hill Sys. Corp. Sec. Litig.*,
  No. 06-CV-228 JLS (WMc), 2009 WL 734296
  (S.D. Cal. Mar. 18, 2009) ................................................................................. 2

*In re Maxim Integrated Prods., Inc. Sec. Litig.,*
  No. C 08-00832 JW, 2009 WL 2136939 (N.D. Cal. Jul. 16, 2009)..................... 3

*In re Shoretel, Inc. Sec. Litig.,*
  No. C 08-00271 CRB, 2009 WL 248326 (N.D. Cal. Feb. 2, 2009)..................... 4

*In re Versant Object Tech. Corp. Sec. Litig.*,
  No. C 98-002299, 2000 WL 33960105 (N.D. Cal. May 18, 2000) .................... 5

*Morgan v. AXT, Inc.*,
  Nos. C 04-4362 MJJ, 2005 WL 2347125 (N.D. Cal. Sept. 23, 2005) ................ 6

*New York State Teachers' Ret. Sys. v. Fremont Gen. Corp.,*
  No. 07-cv-5756-FMC-FFMx, 2009 WL 3112574
  (C.D. Cal. Sept. 25, 2009) ............................................................................... 7

*Norfolk County Ret. Sys. v. Ustian,*
  No. 07 C 7014, 2009 WL 2386156 (N.D. Ill. Jul. 28, 2009) .............................. 8

*Wilkes v. Versant Object Tech. Corp.,*
  56 F. App'x 322 (9th Cir. Jan. 23 2003) ........................................................... 9