1 DAVID B. BAYLESS (SBN 189235)
E-mail: dbayless@cov.com
2 TAMMY ALBARRAN (SBN 215605)
E-mail: talbarran@cov.com
3 PAUL WATKINS (SBN 244974)
E-mail: pwatkins@cov.com
4 JOHN D. FREED (SBN 261518)
E-mail: jfreed@cov.com
5 COVINGTON & BURLING LLP
One Front Street
6 San Francisco, CA 94111-5356
Telephone: 415-591-6000
7 Facsimile: 415-591-6091

8 Attorneys for Defendant Michael W. Perry

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WAYMAN TRIPP and SVEN MOSSBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC BANCORP, INC., and MICHAEL W. PERRY,<br><br>Defendants. | Case No.: 2:07-cv-1635-GW (VBK)<br><br>**ORDER DENYING MOTION TO DISMISS SIXTH AMENDED CLASS ACTION COMPLAINT, INCORPORATING LOSS CAUSATION ANALYSIS FROM RULING ON ORDER DENYING MOTION TO DISMISS FIFTH AMENDED CLASS ACTION COMPLAINT, AND CERTIFYING ORDER FOR INTERLOCUTORY APPEAL** |

On December 11, 2009, the Court adopted as its final ruling (Docket No. 207) a tentative ruling that it had issued on December 10, 2009 (Docket No. 208), in connection with defendant Michael W. Perry's motion to dismiss Plaintiffs' Fifth Amended Class Action Complaint. Perry subsequently moved to certify that order for interlocutory appeal. As the result of proceedings held in connection with that certification motion, the Court ordered Plaintiffs to file a Sixth Amended Class Action Complaint to cure perceived deficiencies only with respect to the materiality element.

Because the materiality element would be seemingly easily pled, the Court indicated to Perry that he could proffer, in a relatively informal form, any arguments he would make in seeking to dismiss the Sixth Amended Class Action Complaint based only on the sufficiency of the materiality allegations. The Court was then to determine whether it would allow Perry to actually file a motion to dismiss the Sixth Amended Class Action Complaint for failure to plead materiality. On March 4, 2010, the Court indicated that it had reviewed both the Sixth Amended Class Action Complaint and Perry's proffer as to materiality and indicated that there would be no need for a motion to dismiss – effectively, a denial.

The Court now converts Perry's motion to dismiss the Fifth Amended Class Action Complaint into a motion to dismiss the Sixth Amended Class Action Complaint, formally denies the motion to dismiss the Sixth Amended Class Action Complaint, and simultaneously incorporates into this ruling the first two paragraphs from the tentative ruling issued December 10, 2009, and made final December 11, 2009, which addressed the prior iteration of Plaintiffs' complaint.

Finally, for the reasons addressed in the tentative ruling issued February 1, 2010 (Docket No. 224) and adopted as this Court's final ruling on March 22, 2010 (Docket No. 242), this ruling on the motion to dismiss the Sixth Amended Class

ORDER DENYING MOTION TO DISMISS SIXTH AMENDED CLASS ACTION COMPLAINT, INCORPORATING LOSS CAUSATION ANALYSIS FROM RULING ON ORDER DENYING MOTION TO DISMISS FIFTH AMENDED CLASS ACTION COMPLAINT, AND CERTIFYING ORDER FOR INTERLOCUTORY APPEAL; Case No.: 2:07-cv-1635-GW (VBK)

1

Action Complaint is now certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). The Court finds that the loss causation portion of this Order denying the motion to dismiss the Sixth Amended Class Action Complaint involves controlling questions of law as to which there are substantial grounds for differences of opinion and that an immediate appeal from this Order may materially affect the ultimate termination of the litigation.

    The Court further orders the Court Clerk promptly to serve this order on all parties who have appeared in this action.

IT IS SO ORDERED.

DATED:  March 29, 2010

                                      HON. GEORGE H. WU
                               UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION TO DISMISS SIXTH AMENDED CLASS ACTION COMPLAINT, INCORPORATING LOSS CAUSATION ANALYSIS FROM RULING ON ORDER DENYING MOTION TO DISMISS FIFTH AMENDED CLASS ACTION COMPLAINT, AND CERTIFYING ORDER FOR INTERLOCUTORY APPEAL; Case No.: 2:07-cv-1635-GW (VBK)

2