Christopher L. Nelson (*Pro Hac Vice*)
cnelson@btkmc.com
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Ramzi Abadou (222567)
rabadou@btkmc.com
580 California Street, Suite 1750
San Francisco, California 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Lead Counsel for Plaintiffs*

Lionel Z. Glancy (134180)
lglancy@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Liaison Counsel for Plaintiffs*
*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WAYMAN TRIPP and SVEN MOSSBERG, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>INDYMAC BANCORP, INC. and MICHAEL W. PERRY,<br><br>Defendants. | Case No. 2:07-CV-1635-GW (VBK)<br><br>ORDER APPROVING AND GRANTING STIPULATED CONFIDENTIALITY  AGREEMENT |

|  |  |
|---|---|
| 1 | After considering the Stipulated Confidentiality Agreement executed by all |
| 2 | parties and upon good cause showing, **IT IS HEREBY ORDERED THAT**: |
| 3 | The Stipulated Confidentiality Agreement is Approved and Granted. |

Dated: June 21, 2010

_____
Honorable George H. Wu
United States District Judge
Central District of California