# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV07-1635-GW(VBKx) | Date | November 15, 2011 |
|---|---|---|---|
| Title | *Sven Mossberg, et al. v. Indymac Financial, Inc., et al.* | | |

Present: The Honorable     GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:          (IN CHAMBERS): COURT ORDER**


The tentative issued on November 14, 2011, is adopted as the Court's final ruling.  Lead Plaintiff's Motion for Class Certification is **GRANTED.**  Plaintiffs' counsel is reminded of the Court's position regarding his adequacy to represent the class.

                                                                              _____ : _____

Initials of Preparer     JG