UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SVEN MOSSBERG, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INDYMAC BANCORP, INC. and MICHAEL W. PERRY,<br><br>Defendants. | Case No. CV 07-1635-GW(VBK)<br><br>**ORDER GRANTING STIPULATION REGARDING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

1  Upon the stipulation of the parties and for good cause appearing, IT IS
2  HEREBY ORDERED as follows:
3  Plaintiff's Unopposed Motion for Preliminary Approval of Proposed
4  Settlement shall be filed by noon on June 26, 2012.
5  IT IS SO ORDERED.

7  Dated: June 6, 2012  _____
8  The Honorable George H. Wu
   United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION
RE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
CASE NO. 2:07-cv-1635-GW (VBK)                                         1